UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>               Petitioner,<br><br>      v.<br><br>SUPERIOR COURT, ET AL.,<br><br>              Respondents. | CASE NO. CV 13-9103-SJO (PJW)<br><br>ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his 2007 state burglary conviction and subsequent 17-year sentence by means of a petition for writ of habeas corpus. In 2010, he filed a habeas corpus petition in this court, which was denied on the merits in 2012. *See Adams v. Busby*, CV 10-1194-SJO (PJW), June 1, 2012 Order Accepting Report and and Recommendation of United States Magistrate Judge. Petitioner attempted to appeal the Court's order, but his application for a certificate of appealability was denied by the Ninth Circuit Court of Appeals. *See Adams v. Busby*, CCA No. 12-56214, July 9, 2013 Order.

Absent an order from the Ninth Circuit, this Court does not have jurisdiction to entertain a second or successive habeas corpus

petition.  *See* 28 U.S.C. § 2244(b)(3)(A).  For this reason, the Petition is dismissed.

Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the Court erred in its procedural ruling, the Court will not issue a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: December 18, 2013

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE


Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesFFF692\Ord_dismiss_successive pet.wpd

2