1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10   PAUL ADAMS,                    )     CASE NO. CV 13-9103-SJO (PJW)
                                    )
11                 Petitioner,      )
                                    )     J U D G M E N T
12           v.                     )
                                    )
13   SUPERIOR COURT, ET AL.,        )
                                    )
14                 Respondents.     )
     _____)
15
16        Pursuant to the Order Dismissing Second or Successive Habeas
17   Corpus Petition,
18        IT IS ADJUDGED that the Petition is denied and this action is
19   dismissed.
20
          DATED:    December 18, 2013.
21
22                                   _____
23                                   S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28   C:\Temp\notesFFF692\Judgment.wpd